$11-mj-4049-TSH$

## AFFIDAVIT OF SPECIAL AGENT

I, Scott A. Durivage, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, hereby declare as follows:

### OVERVIEW AND AGENT BACKGROUND

1.      I am an "investigative or law enforcement officer of the United States," within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516, Title 18, United States Code.

2.      I have been a Special Agent with the FBI since June 2006. Since February 2010, I have been assigned to the Cyber Crime Squad at the Boston field office where I have investigated Internet-based offenses such as computer intrusions, Internet fraud, and Innocent Images. Before coming to Boston, I was assigned to the Cyber Crime Squad at the FBI's Pittsburgh field office, where I investigated the same types of Internet-based offenses. Before joining the FBI, I worked in the area of information technology, computer and network security, and telecommunications management. Through my training and experience, I am knowledgeable about computer systems, computer networks, networking hardware and software, network security, and telecommunications systems. I have experience in investigating violations of criminal statues pertaining to Internet fraud, wire fraud, credit card fraud, computer hacking, and the possession, distribution and receipt, and production of child pornography. In addition, I have led investigations pertaining to international botnets, Internet fraud, Innocent Images, and I have participated in executing numerous search warrants for said violations. I am trained and authorized to investigate the offenses alleged herein.

1

3. As part of an ongoing FBI investigation, I make this affidavit in support of an application by the United States of America for a warrant to search the residence located at 14 Shaw Avenue, Attleboro, Massachusetts (hereafter "the SUBJECT PREMISES"), described in Attachment A, for the items in Attachment B, which constitute evidence, fruits and instrumentalities of criminal activity. As set forth herein, probable cause exists to believe that evidence, fruits, and/or instrumentalities of the violations of 18 U.S.C. § 1030(a)(5) (knowingly causing the transmission of a program, information, code or command and intentionally causing damage to a protected computer) and 18 U.S.C. § 1030(b) (conspiracy to commit such an offense) are present at the SUBJECT PREMISES. This investigation involves the Distributed Denial of Service (DDoS) attacks against PayPal in San Jose, California.

4. I am familiar with the facts and circumstances of this case. The facts set forth in this affidavit are based on knowledge obtained from other FBI agents and other individuals; my review of documents and computer records related to this investigation; oral and written communications with others who have personal knowledge of the events and circumstances described herein; review and analysis of computer information obtained from the victim organizations; review of public source information, including information available on the Internet; and records received via legal process. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## SUBJECT PREMISES

5. Residence is a two-story house with yellow wood siding, light green trim,

2

white front door and a red shingle roof. In the front of the residence are two red brick pillars and

a front porch without a roof running the full length of the house. There is a three foot high

railing around the porch with wood stairs leading up to it. There is a green wreath hanging on the

front door with a flood light located above it. There is an unpainted five foot high wood fence

running down the right side of the property.

## APPLICABLE STATUTES

6.      Title 18, United States Code, Section 1030(a)(5) states:

(a) Whoever - (5)(A) knowingly causes the transmission of a program,
information, code, or command, and as a result of such conduct,
intentionally causes damage without authorization, to a protected
computer . . . shall be punished as provided in subsection (c) of this
subsection.

7.      Title 18, United States Code, Section 1030(b) states that:

Whoever conspires to commit or attempt to commit an offense under
subsection (a) of this section shall be punishable as provided in subsection
(c) of this section.

## DEFINITIONS

8.      The Federal Bureau of Investigation (FBI) is investigating a local

activist group who organized a Distributed Denial of Service (DDoS) attack on Paypal, as

well as other companies (a DDoS is an attempt to make a computer resource unavailable

to it intended users). The following terms, which I am familiar with as a result of

training, education, and experience, and experience, are pertinent to this investigation:

9.      **Internet Protocol Address ("IP address")**:  An Internet Protocol

(IP) Address is a unique numeric address used to identify computers on the Internet.

3

Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic sent from and directed to that computer is directed properly from its source to its destination. IP addresses are typically assigned by Internet service providers (ISP), such as AOL, Earthlink or cable companies. An ISP might assign a different IP address to a customer each time the customer makes an Internet connection (so-called dynamic IP addressing), or it might assign an IP address to a customer permanently or for a fixed period of time (so-called static IP addressing). In both scenarios, the IP Address used by a computer attached to the Internet must be unique. ISPs typically log their customers' connections, which means the ISP can identify which of their customers was assigned a specific IP address during a particular session.

10.     **Internet Protocol Address ("IP address")**: An Internet Protocol (IP) Address is a unique numeric address used to identify computers on the Internet. Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic sent from and directed to that computer is directed properly from its source to its destination. IP addresses are typically assigned by Internet service providers (ISP), such as AOL, Earthlink or cable companies. An ISP might assign a different IP address to a customer each time the customer makes an Internet connection (so-called dynamic IP addressing), or it might assign an IP address to a customer permanently or for a fixed period of time (so-called static IP addressing). In both scenarios, the IP Address used by a computer attached to the Internet must be unique. ISPs typically log their customers' connections,

4

which means the ISP can identify which of their customers was assigned a specific IP address during a particular session.

11.     **Domain Names**: Numerical IP addresses may have corresponding domain names. For instance, the IP address "149.101.10.40" resolves to the corresponding domain name "www.cybercrime.gov."

12.     **User Datagram Protocol (UDP)**: A basic Internet protocol with which computer applications can send messages to other computers on the Internet without requiring prior communications to set up special transmission channels or data paths.

13.     **Transmission Control Protocol (TCP)**: A basic Internet protocol that provides the service of exchanging data between two hosts. TCP provides reliable ordered delivery of a stream of data from a program on one computer to another program on another computer.

14.     **Hypertext Transfer Protocol (HTTP)**: A networking protocol for distributed, collaborative, hypermedia information systems. HTTP is a communication protocol that is the foundation of data communication for the World Wide Web.

15.     **Log files**: The term "log files" refers to computer-generated files containing information regarding the activities of computer users, processes running on a computer, and the activity of computer resources.

16.     **Internet Relay Chat (IRC)**: is a form of realtime Internet chat. It is mainly designed for group (many to many) communication in discussion forums called

5

channels, but also allows one to one communication via private message. IRC is an open protocol that uses TCP. An IRC server can connect to other IRC servers to expand the network. Users access IRC networks by connecting to a client server. Most client servers do not require users to register an account but a user will have to set a nickname before being connected.

a. Channels are the basic means of communication in an established IRC session. There can be more than one channel on an IRC server and the channels can be available across an entire IRC network or only on the local server.

b. Modes are for both users and channels and determine if the channel is moderated or not and by whom, who can participate and in what capacity and who controls the whole channel.

c. IRC Operators are users who maintain elevated rights on their local server, or entire network, and are called IRC operators, sometimes shortened to IRCops. The privileges of IRCops vary but are typically enabled to disconnect and reconnect servers, completely ban IPs and ban complete subnets. IRC Networks that carry services (nickserv et al.) usually allow their IRCops to also handle basic "ownership" matters. Further privileges may include overriding channel bans.

d. Nickserv is a service on an IRC server which allows a user to "register" a nickname and prevent others from using it.

17. **LOIC/HOIC**: Low Orbit Ion Cannon/High Orbit Ion Cannon are

6

packet flooding tools using UDP, TCP, and HTTP methods. LOIC/HOIC are open source computer programs that were designed as network stress testing applications. Attackers can use this tool to send extremely large amounts of packets over the network to attempt to overwhelm a target. When used collectively from multiple sources, a DDoS can occur against a target site by flooding the site with TCP packets, UDP packets, or HTTP requests with the intention of disrupting the service of the target site. LOIC can be used in two ways, manual or HIVE Mode (Hive Mind). If using manual mode, the user must enter a target, such as an IP address or the http address of the target.

18.     **Strings:**  A string is a sequence of characters, generally understood as a data type storing a sequence of data values. In the LOIC applications they strings contained specific data values.

19.     **HIVE and/or HIVE Mind:**  This mode enables the user to point the downloaded copy of LOIC/HOIC to an Internet Relay Chat (IRC) Server, allowing someone else, to control what site to attack. The user is basically agreeing to participate in a "voluntary" botnet.

20.     **BotNet:**  A BotNet is a collection of software agents, or robots, that run autonomously and automatically. The term is most commonly associated with IRC bots and more recently malicious software, but it can also refer to a network of computers using distributed computing software.

21.     **Command and Control (C&C) node or server:**  A Command and Control (i.e. C&C) node/server is a computer managing a particular network of bots. There can be one or many, including a hierarchy, of C&C computers managing a BotNet.

7

22. **Twitter:** is a website owned and operated by Twitter, Inc., which offers social networking and micoblogging service which enables its users to send and read messages called "tweets." Tweets are text based posts displayed on the users' profile page. Tweets are publicly visible by default; however, senders can restrict message delivery to their followers. Users may subscribe to other users' tweets.

23. **Radware:** is an intrusion prevention system or a network utility device that can be connected to a company's network and is designed to provide security and detect known intrusion attacks. It is designed to examine all network traffic and determine which traffic to allow into the network.

## FACTS SUPPORTING PROBABLE CAUSE

24. On December 6, 2010, PayPal Incorporated (PayPal) contacted the FBI and advised that an internet activist group that uses the names "4chan" and "Anonymous" (Anonymous), appeared to be organizing a distributed denial of service (DDoS) attack against PayPal. PayPal believed the attack was organized in response to PayPal's decision to suspend WikiLeaks'[1] PayPal account that was used to collect donations.[2] According to a press release issued by Anonymous and cited by several

---

[1] WikiLeaks is an international organization that publishes submissions of otherwise unavailable documents from anonymous sources. The WikiLeaks website states that they provide an innovative, secure and anonymous way for independent sources around the world to leak information. WikiLeaks recently released a large amount of classified United States State Department cables to the public in late November 2010. In response to WikiLeaks' release of the classified cables, many companies that conducted business with WikiLeaks, such as PayPal, Visa, Amazon, and Mastercard, suspended or froze WikiLeaks' accounts, citing a violation of their terms of service. Many of these companies that terminated their relationship with WikiLeaks are now being targeted by online activist groups such as Anonymous.

[2] PayPal indicated that it posted the message about suspending the WikiLeaks account on December 3, 2010 on its blog site (www.thepaypalblog.com). On December 4, 2010, PayPal's blog experienced a

8

internet news articles and magazine reports, Anonymous, describe themselves as being "average Internet Citizens" and state that their "motivation is a collective sense of being fed up with all the minor and major injustices we witness every day."

25. Later in the morning, on December 6, 2010, at approximately 11:44 am, PayPal advised the FBI that a DDoS attack against PayPal's website had started. Since then, there have been multiple severe DDoS attacks against PayPal's website. On December 4, 2010 the PayPal blog came under attack and was knocked offline. PayPal advised the FBI that on December 8, 2010, www.paypal.com was attacked with a large scale, coordinated effort controlled by servers belonging to the group Anonymous. PayPal further advised the FBI there were multiple, severe DDoS attacks against eBay/PayPal between December 6, 2010 and December 10, 2010 which were coordinated by a group called Anonymous and AnonOps.

26. According to news reports and national and international law enforcement reports, in addition to PayPal, the attackers have also launched DDoS attacks against numerous other online entities including Visa, Mastercard, Moneybookers.com, Sarah Palin's website, and the Swedish Prosecutor's Office. Anonymous has titled their attacks "Operation Payback."

27. A review of Twitter tweets determined that the attackers, whose identities were obscured by nicknames were not concealing their actions, but actually trying to make the attacks highly publicized. The attackers were primarily organizing

---

minor DDoS attack believed to be initiated by Anonymous. Additional chatter was heard on the Internet suggesting that Anonymous would launch more serious attacks against PayPal.

and recruiting participants through Twitter, using Twitter accounts such as

"Anon_Operation," "AnonOpsNet," "Operation_Anon," "Anon_Operations," and

"Op_Payback." Ultimately, Anonymous recruited participants and then directed those

who wanted to participate in the attack to their Internet Relay Chat (IRC) server at

irc.anonops.net (the anonops IRC server). For instance, publicly viewable posts were

being made on various internet sites including Twitter which read "Target:

https://www.paypal.com/ When: in a few hours. We will fire at anyone or anything that

tries to censor WikiLeaks, including multi-Billion dollar companies such as PayPal.

Twitter you're next for censoring #wikileaks discussion. Set you local HIVE server to

loic.anonops.net, channel #loic. Get on our IRC network!

irc://irc.anonops.net/Operation Payback http://www.anonops.net."

     28.    Once users logged into the anonops IRC server, they were

instructed to download and install a computer program called Low Orbit Ion Cannon

("LOIC"). LOIC was initially written as a network stress testing application, requiring

the user to enter details on the types of requests they wished to send and the target host. It

was subsequently modified to allow remote control, which attackers frequently referred

to as a "hive" or "hive mind."

     29.    A copy of the source code for the LOIC client was obtained by

eBay and analyzed to determine how the LOIC client program functions. It was also

launched in an isolated test environment to determine the steps necessary to launch an

attack, though it was never allowed to connect to any other systems. It should be

mentioned that this analysis was on just one available version of the LOIC client.

Throughout the attack timespan, the LOIC application was being modified by its creators and contributors in attempts to improve its effectiveness. It is not believed that any of those modifications resulted in material differences in functionality however, as the attack patterns remained largely unchanged, with only minor differences in packet payload.

30.   The LOIC application was designed to run in a Windows operating system (XP, Vista, Windows 7, etc). Its code was written in the C-Sharp language, or more commonly referred to simply as C#. C# is a language written and published by Microsoft, and is commonly available to developers. C# is an internationally known computer language used to create custom applications for Windows based systems, the most popular computer operating system in the world.

31.   A web-based LOIC tool was also created, however it offers no automatic remote control capability. It does not require the user to install an application and is usable in any JavaScript-compatible browser, so users on non-Windows systems (Mac, Linux, etc) are able to launch attacks with it. It has been seen with default settings pointed to https://www.paypal.com, however it still requires a user to consciously launch the attack.

32.   Neither mode can be initiated and an attack launched by merely starting the application. They both require some level of interaction from the user, whether to enter target details in manual mode, or to direct the application to its remote control server.

33.   According to internet and open source records, within the anonops

11

IRC server site there were a number of different channels administered by members of Anonymous. The different channels included "#loic-forks," "#operationpayback," "#propaganda," "#Setup," "#Status," and "#Target" among others. Within these channels, users discussed their opinions on Operation Payback, obtained technical support on how to install and use the LOIC program, and voted for which websites should be the next target of a DDoS attack.

34. According to internet and open source records, Anonymous uses the websites www.anonops.net, and www.anonops.com, to communicate between members and coordinate DDoS attacks. Anonymous members used www.anonops.net to coordinate the attack on PayPal as well as other entities.

35. On December 15, 2010, PayPal provided to the FBI a USB thumb drive containing logs and reports detailing information regarding approximately 1,000 IP addresses that sent malicious network packets to PayPal during the Denial of Service attack. The 1,000 IP addresses were derived from logs created by a Paypal owned Radware device. This list represent the IP addresses that sent the largest number of packets. Radware is a network utility device that was connected to PayPal's network and designed to provide security and detect known intrusion attacks. The Radware device is designed to examine all network traffic and determine which traffic to allow in to the network. Legitimate traffic is allowed to enter the internal network and traffic that appears to be malicious is blocked before it enters the internal network. The device works by recognizing specific signatures of known network attacks. If a malicious attack is recognized, the device first blocks the traffic and then creates a record in a log file

12

detailing the attacker's IP address and the malicious signature recognized. The Radware device is designed to place priority on blocking the malicious attack instead of creating the record in the log file. Therefore, if the PayPal network was heavily attacked, the device might not log the malicious attack and instead, focus its resources on blocking the attack. Also, according to PayPal network engineers, the Radware device rarely recognizes legitimate network traffic as malicious traffic. This means it would be highly unlikely that the Radware device would confuse someone who is trying to use PayPal services legitimately, with someone who is attacking PayPal. And, in this particular instance, due to the specific known signatures used by the LOIC tool, there is a greater degree of certainty that the malicious traffic was accurately identified.

36.    All of the attacks observed by eBay and PayPal engineers were using a specific set of strings, of which only a half dozen variants were observed, and were largely consistent across the source addresses observed for a given timespan of the attack period. This pattern suggests that attackers were either actively allowing their clients to be remotely controlled with universally-applied parameters, or were intentionally placing this configuration into the application when directed to do so.

37.    Multiple string patterns were observed attacking PayPal systems simultaneously at various points throughout the attack period. This indicates that either multiple hive controls were in use, or LOIC users were not following consistent instructions, however all patterns still fell within the same list of variants. The use of so few attack strings also suggests a coordinated intent to attack PayPal systems.

38.    The LOIC tools used to execute this attack contained the following

13

specific PayPal-known signatures: wikileaks, wikileakshttp, goof, goofhttp, block-https-ascii, and goodnight.

39.    The IP address 75.68.166.75 was identified by PayPal in the 1,000 IP addresses report as sending approximately 14,564 malicious network packets to PayPal. Out of the 14,564 packets, 14,562 malicious network packets contained the known LOIC signature "goofhttp."

40.    On December 29, 2010, the FBI served a Federal Grand Jury Subpoena on Comcast Communications to obtain subscriber information for the owner of IP address 75.68.166.75 on December 8, 2010 at 20:15:48 PST. The date and time subpoenaed represents when the IP address 75.68.166.75 sent its first malicious packet that was logged by Radware.

41.    On January 10, 2011, the FBI received a response from Comcast Communications regarding the above mentioned Federal Grand Jury Subpoena. The response stated the subscriber was Thuy Vo with a service address of 14 Shaw Avenue, Attleboro, Massachusetts 02703.

42.    An Accurint/LexisNexus search on address 14 Shaw Avenue, Attleboro, Massachusetts 02703 indicates the current residents are Bau Thu Vo, Thuy Vo, Chris Vo, and Brian P. Vo. In addition, a search of the Commonwealth of Massachusetts, Registry of Motor Vehicles shows Thuy Thithu Vo to be residing at 14 Shaw Avenue, Attleboro, Massachusetts 02703.

43.    Based on my training and experience and knowledge of the LOIC application's functionality, the FBI has a high level of certainty that the attack signatures

14

seen were a result of intentional and willful abuse, and not as a result of accidentally running the program without understanding what was happening. The forensic data collected also establishes a clear pattern of attack traffic over time, showing in many cases a prolonged intent to cause damage to PayPal systems.

## BACKGROUND REGARDING COMPUTERS, THE INTERNET, AND E-MAIL

44. The term "computer" as used herein is defined in 18 U.S.C. § 1030(e)(1), and includes an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

45. I have had both training and experience in the investigation of computer-related crimes. Based on my training, experience and knowledge, I know the following:

a. The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. In order to access the Internet, an individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet. The world wide web ("www") is a functionality of the Internet which allows users of the Internet to share information;

b. Internet Service Providers ("ISPs"): Most individuals and businesses obtain access to the Internet through businesses known as Internet Service Providers ("ISPs").

c. With a computer connected to the Internet, an individual computer user

15

—

can make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, wireless and numerous other methods;

d.      Internet Protocol Address ("IP address"): An Internet Protocol address is a unique numeric address used to identify computers on the Internet. The standard format for IP addressing consists of four numbers between 0 and 255 separated by dots (e.g., 149.101.10.40). Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic sent from and directed to that computer is directed properly from its source to its destination. Internet service providers ("ISPs") assign IP addresses to their customers' computers. An ISP might assign a different IP address to a customer each time the customer makes an Internet connection (so-called "dynamic IP addressing"), or it might assign an IP address to a customer permanently or for a fixed period of time (so-called "static IP addressing"). The IP address used by a computer attached to the Internet is unique for the duration of a particular session; that is, from connection to disconnection. ISP's typically log their customers' connections, which means that the ISP can identify which of their customers was assigned a specific IP address during a particular session.

e.      E-mail is a popular form of transmitting messages and/or files in an electronic environment between computer users. A server is a computer that is attached to a dedicated network and serves many users. An e-mail server may allow users to post and read messages and to communicate via electronic means. When an individual

16

computer user sends e-mail, it is initiated at the user's computer, transmitted to the
subscriber's mail server, then transmitted to its final destination;

f.    Any e-mail that is sent to a subscriber is stored in the subscriber's "mail
box" on the provider's servers until the subscriber deletes the e-mail or the subscriber's
mailbox exceeds the storage limits preset by the e-mail provider. If the message is not
deleted by the subscriber, the account is below the maximum limit, and the subscriber
accesses the account periodically, that message can remain on the provider's servers
indefinitely;

g.    When the subscriber sends an e-mail, it is initiated at the user's computer,
transferred via the Internet to the servers of the e-mail provider, and then transmitted to
its end destination. Users have the option of saving a copy of the e-mail sent. Unless the
user specifically deletes the e-mail from the e-mail account, the e-mail can remain on the
system indefinitely. The sender can delete the stored e-mail message thereby eliminating
it from the e-mail box maintained at the e-mail provider, but that message will remain in
the recipient's e-mail box unless the recipient deletes it as well or unless the recipient's
account is subject to account size limitations;

h.    A subscriber can store files, including e-mails and image files, on servers
maintained and/or owned by the e-mail provider; and

i.    E-mails and image files stored on a e-mail provider server by a subscriber
may not necessarily be located in the subscriber's home computer. The subscriber may
store e-mails and/or other files on the provider's server for which there is insufficient
storage space in the subscriber's computer and/or which he/she does not wish to maintain

17

in the computer in his/her residence. A search of the files in the computer in the

subscriber's residence will not necessarily uncover the files that the subscriber has stored

on the e-mail provider's server.

      j.      Data that is processed by a computer may be written to the computer's

internal hard drive or other storage medium even if the user does not intentionally save

the information. Other storage medium may include compact discs (CDs), digital video

disks (DVDs), floppy diskettes, thumb drives, pocket hard drives, external hard drives

and flash drives. For example, a computer operating system may take random data out of

working memory and use it to "pad" files on a computer hard drive during the storage

process.

      k.      Electronic information can remain on computer storage media, such as

internal and external hard drives, pocket drives, thumb drives, CDs, DVDs, diskettes, and

flash drives, for an indefinite period of time. Even when a computer user attempts to

delete records from a computer storage medium, the records may still exist and be

recovered through computer forensic techniques.

      l.      Computer files may be easily moved from computer to computer, using

direct wire connections or through the use of storage media such as floppy diskettes,

CDs, DVDs, diskettes, thumb drives, pocket drives, flash drives and USB drives.

### SEARCH AND SEIZURE PROCEDURES PERTAINING TO COMPUTERS

      46.      Based upon my training, experience, and information related to me

by agents and others involved in the forensic examination of computers, I know that

during the search of premises it is not always possible to search computer equipment and

18

storage devices for data for a number of reasons, including the following:

m.    Searching computer systems is a highly technical process, which requires specific expertise and specialized equipment. There are so many types of computer hardware and software in use today that it is impossible to bring to the search site all of the necessary technical manuals and specialized equipment necessary to conduct a thorough search. In addition, it may also be necessary to consult with computer personnel who have specific expertise in the type of computer, software application or operating system that is being searched.

n.    Searching computer systems for the evidence described in Attachment B may require a range of data analysis techniques. In some cases, it may be possible for the search team to conduct carefully targeted searches that can locate evidence without requiring a time-consuming manual search through unrelated materials that may be commingled with criminal evidence. For example, the search team may be able to execute a "keyword" search that searches through the files stored in a computer for special words that are likely to appear only in the materials covered by a warrant. Similarly, the search team may be able to locate the materials covered in the warrant by looking for particular directory or file names. In other cases, however, such techniques may not yield the evidence described in the warrant. Computer users can mislabel or hide files and directories; encode communications to avoid using key words; attempt to

19

delete files to evade detection; or take other steps designed to frustrate law enforcement searches for information. These steps may require the search team to conduct more extensive searches, such as scanning areas of the disk not allocated to listed files, or opening every file and scanning its contents briefly to determine whether it falls within the scope of the warrant.

o.   Searching computer systems requires the use of precise, scientific procedures, which are designed to maintain the integrity of the evidence and to recover "hidden," erased, compressed, encrypted or password-protected data. Computer hardware and storage devices may contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed. Since computer data is particularly vulnerable to inadvertent or intentional modification or destruction, a controlled environment, such as a law enforcement laboratory, is essential to conducting a complete and accurate analysis of the equipment and storage devices from which the data will be extracted.

p.   The volume of data stored on many computer systems and storage devices will typically be so large that it will be highly impractical to search for data during the execution of the physical search of the premises. A single megabyte of storage space is the equivalent of 500 double-spaced pages of text. A single gigabyte of storage space, or 1,000 megabytes, is the equivalent of 500,000 double-spaced pages of text. Storage devices

20

capable of storing fifteen gigabytes of data are now commonplace in desktop computers. Consequently, each non-networked, desktop computer found during a search can easily contain the equivalent of 7.5 million pages of data, which if printed out, would completely fill a 10' x 12' x 10' room to the ceiling.

q.     Computer users can attempt to conceal data within computer equipment and storage devices through a number of methods, including the use of innocuous or misleading filenames and extensions. For example, files with the extension ".jpg" often are image files; however, a user can easily change the extension to ".txt" to conceal the image and make it appear that the file contains text. Computer users can also attempt to conceal data by using encryption, which means that a password or device, such as a "dongle" or "keycard" is necessary to decrypt the data into readable form. Computer users also can conceal data within another seemingly unrelated and innocuous file in a process called "steganography." For example, by using steganography, a computer user can conceal text in an image file, which cannot be viewed when the image file is opened. Therefore, a substantial amount of time is necessary to extract and sort through data that is concealed or encrypted to determine whether it is evidence, contraband or instrumentalities of a crime.

## CONCLUSION

47.     Based upon the information above, I have probable cause to

21

believe that evidence, contraband, fruits, and/or instrumentalities of violations of 18

U.S.C. § 1030(a)(5)(A) (knowing causing the transmission of a program, information,

code or command and intentionally causing damage to a protected computer) and 18

U.S.C. § 1030(b) (conspiracy to commit such an offense) exists at the SUBJECT

PREMISES.

## REQUEST FOR SEALING

48.     Since this investigation is continuing, disclosure of the search

warrant, this affidavit, and/or this application and the attachments thereto will jeopardize

the progress of the investigation. Disclosure of the search warrant at this time would

seriously jeopardize the investigation; as such a disclosure would give the subscriber an

opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee

or continue his flight from prosecution. Accordingly, I request that the Court issue an

order that the search warrant, this affidavit in support of application for search warrant,

the application for search warrant, and all attachments thereto be filed under seal until

further order of this Court.

Scott A. Durivage, Special Agent
Federal Bureau of Investigation

Sworn to before me this
___ day of January 2011
HONORABLE
UNITED STATES MAGISTRATE JUDGE

22

## ATTACHMENT A

## LOCATION TO BE SEARCHED

14 Shaw Avenue, Attleboro, Massachusetts is described as a two-story house with yellow wood siding, light green trim, white front door and a red shingle roof. In the front of the residence are two red brick pillars and a front porch without a roof running the full length of the house. There is a three foot high railing around the porch with wood stairs leading up to it. There is a green wreath hanging on the front door with a flood light located above it. There is an unpainted five foot high wood fence running down the right side of the property.

## ATTACHMENT B

## ITEMS TO BE SEIZED

1.  Any digital device and/or computer hardware capable of being used to commit,
    further commit or store evidence of violations of 18 U.S.C. § 1030(a)(5)(A)
    (knowing causing the transmission of a program, information, code or command
    and intentionally causing damage to a protected computer) or 18 U.S.C. § 1030(b)
    (conspiracy to commit such an offense);

2.  Any and all records, documents, and materials that relate to malicious software,
    code, or other programs associated with Trojans, botnets, denial of service
    attacks, to include but not limited to LOIC and/or HOIC (Low Orbit Ion
    Cannon/High Orbit Ion Cannon);

3.  Any and all records, documents, and materials that relate to communications
    between seized computer hardware and software and other computer hardware
    and software involved in denial of service attacks on eBay/Paypal ("the denial of
    service attacks" or "the attacks"), as well as to any individuals that may be
    controlling the denial of service attacks or participating in the attacks, to include
    IRC chat logs, other online chat logs, personal messages, twitter tweets, and/or
    email related to the denial of service attacks;

4.  Any and all records, documents, and materials that relate to the administration,
    maintenance, operation, use or propagation of denial of service attack tools, to
    include but not limited to LOIC/HOIC;

5.  Any and all records, documents, and materials that relate to the identification and

24

locations of person(s) using or controlling or disseminating denial of service
software;

6.      Any and all records, documents, and materials that relate to the identification and
        location of other computers comprising part of the denial of service attack and/or
        a related botnet;

7.      Any and all data gathered or collected by means of the operation of the denial of
        service attack and/or a related botnet;

8.      Any and all logs and other transactional information, to include but not limited to
        internet history, maintained in relation to computer(s) at the premises described in
        Attachment A ("the SUBJECT PREMISES");

9.      Any and all records, documents, and materials that relate to the names, handles,
        email accounts or IP addresses of those at the SUBJECT PREMISES or
        participants in the denial of service attacks;

10.     Any and all documentation, operating logs and reference manuals regarding the
        operation of seized computer hardware and software;

11.     Any and all application, utility programs, compilers, interpreters and other
        software used to facilitate direct or indirect communication with seized records,
        documents, materials, computer hardware and software; and

12.     Any and all computer passwords and security devices that are necessary to gain
        access to seized records, documents, materials, computer hardware and computer
        software.

25

## DEFINITIONS

13.   **"Records," "documents," and "materials"** include all of the items in whatever form and by whatever means they may have been created and/or stored.  This includes any handmade, photographic, mechanical, electrical, electronic, and/or magnetic forms. It also includes items in the form of computer hardware, software, documentation, passwords, and/or data security devices.

14.   **"Computer hardware"** consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data.  This includes any data-processing devices (such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, transistor-like binary devices, compact flash cards, smart media cards and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); related communications devices (such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

15.   **"Computer software"** is digital information which can be interpreted by a computer and any of its related components to direct the way it works.  Software is stored

26

in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs, utilities, compilers, interpreters, and communications programs).

16. **"Computer-related documentation"** consists of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

17. **"Computer passwords and other data security devices"** are designed to restrict access to or hide computer software, documentation, or data. Data security can be implimented through hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, physical keys, dongles and circuit boards. Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

18. **"Computer"** as used herein is defined in 18 U.S.C. § 1030(e)(1), and includes an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

27