UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2011 AUG 15 P 2: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

In the Matter of the Search of 14 Shaw Avenue, )
Attleboro, Massachusetts )
) Case No. 11-MJ-4048-JGD
)
)

## MOTION TO UNSEAL

The United States moves to unseal the Application for a Search Warrant and Search and Seizure Warrant in the above referenced matter. As grounds therefor, the government states that the individual whose residence was the subject of the search has been charged and arrested, therefore there is no reason to maintain the secrecy of these documents, and they are necessary for production in discovery in the subject's criminal case.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: /s/ Stephen P. Heymann
STEPHEN P. HEYMANN
Assistant U.S. Attorney

Dated: August 11, 2011